MERCANTILE LIQUIDATING CORP. as Substituted Plaintiff in the Place of WALMOR, INC., Appellant, v. JACOB HENDERSON et al., Defendants, RUTH GREENFIELD et al., as Administratrices of the Estate of BENJAMIN EHRLICH, Deceased, Respondents, and IADORE SILVERMAN, as Receiver.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

VIOLET SCHARFF et al., Respondents, v. GEORGE KREMER, JR., et al, Individually and Doing Business under the Name of ROUX DISTRIBUTING Co., Appellants, et al., Defendants.— Order, so far as appealed from, unanimously reversed, with $20 costs and disbursements to the appellants, and the motion to examine as to item 9 denied. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

JULIUS FRANKEL, Respondent, v. DAVID MANN, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

ROSS WASHER, Appellant, v. SIDNEY KAMBER, Individually and as a General Partner in the Copartnership Doing Business under the Name of SEAGLOW TEXTILE Co., Respondent, et al., Defendants.— Order unanimously modified so as to preclude plaintiff unless a bill of particulars is served in accordance with the order of September 25, 1945, supplying the omitted information at least twenty days before trial, and as so modified affirmed, without costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

NORMAN S. ARENWALD et al., Copartners Doing Business as HILNOR THEATRE COMPANY, Respondents, v. AMERICAN EQUITABLE ASSURANCE COMPANY OF NEW YORK, Appellant.— Order unanimously reversed, with $20 costs and disbursements to the appellant, and the motion granted. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

In the Matter of PAULINE TEMPKIN, Judgment-Creditor-Respondent, against SAMUEL CRYSTAL, Judgment Debtor, and NEW YORK PRINTERS & BOOKBINDERS MUTUAL INSURANCE COMPANY, Third Party, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. GAETANO BALZO, Appellant, against NEW YORK STATE BOARD OF PAROLE et al., Respondents.— Order unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ. [See *post*, p. 921.]

In the Matter of EDWIN H. MORRIS, a Stockholder in SETAY COMPANY, INC., against REPUBLIC PICTURES CORPORATION, Formerly Known as SETAY COMPANY, INC.— Motion for leave to appeal to the Court of Appeals granted. Motion for reargument denied. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ. [See *ante*, p. 833.]

NEW ENGLAND INDUSTRIES, INC., v. CHARLES J. MARGIOTTI et al. GENERAL ATLANTIC STEAMSHIP CORPORATION v. CHARLES J. MARGIOTTI et al.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ. [See *ante*, p. 488.]

In the Matter of LEO S. SACHAROFF against EDWARD S. CORSI, as Industrial Commissioner of the State of New York, et al.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ. [See *ante*, p. 839.]